**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: November 15, 2021



**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   BRENDA G. REED                                Case No. 20-01902-JAW
                                                       Chapter 13 Proceedings

### ORDER GRANTING TOWER LOAN OF MISSISSIPPI
### RELIEF FROM §362 AUTOMATIC STAY

This matter is before the Court on the Motion of Tower Loan of Mississippi For Relief From §362 Automatic Stay (Dkt. #30). Tower Loan represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Tower Loan is granted Relief From §362 Automatic Stay and the protection of the § 362 Automatic Stay are terminated and the following property is abandoned from the estate: 1828 Heather Drive Vicksburg. PART OF LOT 41. FREETOWN IN SECTION 12, TOWNSHIP 16 NORTH, RANGE 4 EAST, WARREN CO., MS.

##END OF ORDER##

Submitted by:

John E. Tucker
MSB # 0020
406 Liberty Park Court
P. O. Box 320001
Flowood, MS  39232-0001
Email: jtucker@towerloan.com
Telephone: 601-992-0936
Facsimile: 601-992-5176