

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: November 30, 2021

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   BRENDA G. REED

Case No. 20-01902-JAW
Chapter 13 Proceedings

## ORDER GRANTING RELIEF FROM SECTION 1301 CODEBTOR STAY (DKT #32)

The Court finds as follows on the Motion For Relief from Co-debtor Stay (DKT #32) filed by Tower Loan, LLC (Tower) as to the property described herein and finds as follows:

1. That the property is located at 1828 Heather drive, Vicksburg MS 39181. More specifically known as PART OF LOT 41, FREETOWN IN SECTION 12, TOWNSHIP 16 NORTH, RANGE 4 EAST, WARREN CO., MS.

2. That neither the debtor or co-debtor have responded to the motion to lift codebtor stay.

3. That the Co-debtor Stay granted pursuant to 11 U.S.C. § 1301 should be terminated.

4. That Tower Loan may proceed to collect the amount of the unpaid debt from the co-debtor.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the Co-debtor Stay of 11 U.S.C. §1301 is lifted and that Tower may pursue the co-debtor for collection of the debt.

### ##END OF ORDER##

Submitted By:

John E. Tucker
Tower Loan, LLC
Post Office Box 320001
Flowood, MS 39232-0001
Telephone (601) 992-0936