___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 10, 2022**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                      **CHAPTER 13 NO:**

**Brenda Garrett Reed**                                                     **20-01902**-JAW

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR

**THIS MATTER** came before the Court on Motion to Withdraw as Attorney for Debtor (Dkt# 48 ). Attorney represented to the Court that the motion was properly served. No response was filed to the motion and the Court finds it to be well taken.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw as Attorney for Debtor shall be and is hereby granted. Robert Rex McRaney, Jr. shall be removed as attorney for Brenda Garrett Reed.

##END OF ORDER##

SUBMITTED BY:
/s/ G. Adam Sanford_____
G. Adam Sanford, MSB No. 103482
Allison W. Killebrew, MSB No. 102431
McRANEY & McRANEY
P.O. Drawer 1397
Clinton, MS 39060
Phone: (601) 924-5961
Fax: (601) 924-1516
g.adamsanford@gmail.com
allisonwkillebrew@gmail.com